**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
March 25, 2020
David J. Bradley, Clerk

William Ashley, III, §
§
*versus* § Civil Action 4:20−cv−00123
§
The Lincoln National Life Insurance Company. §

# Order Resetting Conference

1. The pretrial conference has been reset to:

May 21, 2020
at 02:30 PM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

Signed on March 25, 2020, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge