**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILLIAM ASHLEY III,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00123 |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO APPEAR TELEPHONICALLY

Pursuant to this Court's Order (Doc. 7) entered in this case on March 25, 2020, Plaintiff William Ashley III and Defendant Lincoln National Life Insurance Company respectfully and jointly move the Court to allow the parties to appear telephonically. In support of this joint motion, the parties show as follows:

1. An Initial Pretrial Conference is set for Thursday, May 21, 2020 at 2:30 p.m. in the chambers of the Hon. Judge Lynn Hughes.

2. Due to the current pandemic, the Houston Division Courthouse was closed to the public. The Courthouse reopened on Monday, May 18, 2020.

3. Judge Hughes's procedures require counsel to appear in person for the initial conference. In addition, Houston area attorneys must always appear in person.

4. Under the current health pandemic, the parties have been advised to work remotely to reduce the risk of contracting COVID-19 or spreading it unnecessarily to others in the general public.

5. The parties jointly request permission to appear by telephone at the Court ordered Initial Pretrial Conference for the above captioned case.

6. Plaintiff's counsel, Britney McDonald, is immunocompromised and at-risk for severe complications from COVID-19, if she were exposed. She has been instructed by her endocrinologist to work remotely to reduce her risk of health consequences stemming from COVID-19. She requests to remain socially distant from the general public until the situation and treatment of this virus is clearer. Defendant's counsel Nicole Su does not oppose this request, and also requests to appear by telephone at Thursday's Initial Pretrial Conference to protect her health and safety.

WHEREFORE, the parties jointly move this Court for permission to appear at the Initial Pretrial Conference telephonically.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: *<u>/s/ Britney McDonald</u>*____
Britney McDonald
Marc Whitehead & Associates, LLP
TX Bar No. 24083158
Fed. Id. No. 2621983
Britney@marcwhitehead.com
403 Heights Blvd.
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY FOR PLAINTIFF

By: *<u>/s/Nicole E. Su</u>*____________
Nicole E. Su
MCDOWELL HETHERINGTON LLP
TX Bar No. 24106476
1001 Fannin St. Suite 2700
Houston, TX 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: nicole.su@mhllp.com

*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically filed the foregoing document using the ECF utility system, which will send notification to all related counsel.

Nicole E. Su

nicole.su@mhllp.com

s/ Britney McDonald
Britney McDonald
Marc Whitehead & Associates