**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

United States District Court
Southern District of Texas
**ENTERED**
May 20, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| William Ashley, III, | § | |
| | § | |
| *versus* | § | Civil Action 4:20−cv−00123 |
| | § | |
| The Lincoln National Life Insurance Company. | § | |

# Order Resetting Conference

1. The pretrial conference has been reset to:

July 13, 2020
at 10:30 AM

2. To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

Signed on May 20, 2020, at Houston, Texas.

Lynn N. Hughes USDJ
United States District Judge