**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **WILLIAM ASHLEY III,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **C.A. NO. 4:20-cv-123** |
| | § | |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**JOINT NOTICE OF SETTLEMENT**

COMES NOW, Plaintiff, William Ashely III, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel and hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future. The confidential settlement resolves this matter in full and each party will bear its own costs.

Dated: July 10, 2020

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

*/s/ Nicole E. Su*

Nicole E. Su
Texas Bar No.: 24106476
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
Email: nicole.su@mhllp.com

*Counsel for Defendant*

MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW, L.L.P.

By: */s/ Britney McDonald*____
Britney McDonald
TX Bar No. 24083158
Fed. Id. No. 2621983
Britney@marcwhitehead.com
403 Heights Blvd.
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Britney McDonald
MARC WHITEHEAD & ASSOCIATES
403 Heights Boulevard
Houston, TX 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940
Email: britney@marcwhitehead.com

/s/ *Nicole E. Su*
Nicole E. Su