United States District Court
Southern District of Texas

**ENTERED**

July 10, 2020

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| William Ashley, III,<br>Plaintiff, | § | |
| *versus* | § | Civil Action H-20-123 |
| The Lincoln National Life Insurance Company,<br>Defendant. | § | |

# Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice.

2. By August 21, 2020, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed on July 10, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge