United States District Court
Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| William Ashley, III,<br><br>Plaintiff,<br><br>*versus*<br><br>The Lincoln National Life Insurance Company,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-20-123 |

# Final Dismissal

Neither party having moved for reinstatement, this case is dismissed with prejudice. (11)

Signed on August 25, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge